Restricted Document. Viewed by Court Users Only

# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at  Charleston
Date: 5/11/2006                                          Case Number 2:05-cr-155
Case Style: USA vs. Patricia Burton
Type of Hearing Sentencing
2508-Copenhaver
Court Reporter Barbara Steinke                    Courtroom Deputy Kelley Daniels
Attorney(s) for the Plaintiff or Government R. Gregory McVey


Attorney(s) for the Defendant(s) Troy N. Giatras


Law Clerk                                          Probation Officer Debra LaDoucer

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

| CourtTime |
| --- |

1:52 pm    to 2:51 pm
Total Court Time: 0 Hours 59 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

1:30 case set

1:52 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and she understands - defendant read PSR, went over with attorney, he explained, understands everything

Objections - government, failure to apply cross-reference on count two - defendant, role in the offense, obstruction of justice, downward departure, defense counsel submitted proffer regarding psychological report

Victim impact statement given - Tina Collins (mother of victim)

Parties back at 1:30 p.m. tomorrow

2:51 concluded