RECEIVED

MAR 28 2011

JOHN T. COPENHAVER, JR.
United States District Judge

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF _____

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )   Case No:
                                  )   2:05-CR-00155-01
        v.                        )
                                  )
        Defendant.                )

Patricia Burton

FILED
APR 20 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

NOTICE OF APPEAL

Notice is hereby given that Patricia Burton defendant aboved named, hereby appeals to the United States Court of Appeals for the Kanawha Circuit from (order denying motion for trial, order denying motion to vacate, set aside sentence under 28 U.S.C.

